

John W. Hanson
Telephone Ext.: 104
Email: jhanson@hitchcockcummings.com

May 12, 2011

**VIA ECF**

Honorable Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: Yvette Stewart v. Allied Interstate, Inc.
       Case No.: 10-CV-2141

Dear Judge Block:

  We represent the defendant, Allied Interstate, Inc. ("Allied"), in the above-referenced matter.

  We write to request an adjournment of the oral argument of Allied's motion to dismiss, which is currently scheduled for May 19, 2011 at 4:00 p.m. The adjournment is requested because our firm has a trial scheduled to begin in state court on May 18, 2011.

  Upon the consent of all parties, it is respectfully requested that oral argument be rescheduled for June 2, 2011 at 4:00p.m.

  Thank you for your courtesy. We are available at Your Honor's convenience to discuss this matter in further detail.

              Respectfully Submitted,

              *S/ John W. Hanson /*

              John W. Hanson (8461)

cc:
  **Via EFC**

  Adam Jon Fishbein, Esq.