

**120 West 45th Street, New York, New York 10036**
**Telephone (212) 688 - 3025   Facsimile (212) 688 - 3040**

John W. Hanson
Telephone Ext.: 104
Email: jhanson@hitchcockcummings.com

May 25, 2011

**VIA ECF**

Honorable Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    Yvette Stewart v. Allied Interstate, Inc.
               Case No.: 10-CV-2141

Dear Judge Block:

    We represent the defendant, Allied Interstate, Inc. ("Allied"), in the above-referenced matter.

    Yesterday afternoon we received a letter motion from plaintiff's counsel, dated May 24, 2011. Apparently, there were arguments that plaintiff's counsel neglected to include in his opposition to Allied's motion to dismiss that he now includes in this letter motion. However, Allied's motion to dismiss was fully briefed and submitted to the Court <u>eight months ago</u>, on September 28, 2010. In fact, plaintiff had an entire month to oppose Allied's motion. He should not be permitted to supplement that opposition at this time. Therefore, Allied requests that the Court ignore plaintiff's recent letter motion.

    We are available at Your Honor's convenience to discuss this matter in further detail.

                                            Respectfully Submitted,

                                            *S/ John W. Hanson /*

                                            John W. Hanson (8461)

Honorable Frederic Block
May 25, 2011
Page 2


JWH/jb

Cc:     **<u>Via EFC</u>**

   Adam Jon Fishbein, Esq.