## ADAM J. FISHBEIN, P.C.
ATTORNEY AT LAW

483 Chestnut Street
Cedarhurst, New York 11516

Telephone (516) 791-4400
Telecopier (516) 791-4411

May 26, 2011

**VIA ECF**
The Honorable Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RE:** **Stewart v. Allied**
    **10 CV 2141 (FB)**

Dear Judge Block:

I represent the plaintiff in the above matter. Plaintiff submits this letter as plaintiff reply letter in furtherance of the motion to supplement plaintiff's arguments. Apparently, instead of attempting to oppose the merit of plaintiff's letter, the defendant has chosen to ask the Court to squelch the plaintiff's attempt to provide the Court with as much information as possible in order to reach a correct decision. As an office of the Court, after having been presented with these further arguments, I thought it my obligation to present the initial letter motion to the Court.

Therefore, while plaintiff would have certainly consented, if Mr. Hanson had contacted me for more time to respond to the initial letter motion, plaintiff requests that the Court deem the motion submitted whereby the parties could address all arguments at oral argument which has been scheduled.

Thank you for the Court's consideration of the foregoing.

Yours faithfully,

/s/
Adam J. Fishbein

cc:     Christopher B. Hitchcock, Esq.
        John W. Hanson, Esq.